UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SULLIVAN,<br><br>                              Plaintiff,<br><br>v.<br><br>CITY OF ESCONDIDO; ESCONDIDO OFFICER JAMES WHITE; ESCONDIDO OFFICER TIMOTHY HAMILTON; and ESCONDIDO POLICE DEPARTMENT OFFICERS 2–10,<br><br>                              Defendants. | Case No.: 24-cv-1139-WQH-BLM<br><br>**ORDER** |

HAYES, Judge:

On January 30, 2025, the parties filed the Joint Motion to Dismiss Case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 21.)

IT IS HEREBY ORDERED that the Joint Motion to Dismiss Case (ECF No. 21) is granted. The entire action is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

Dated: February 10, 2025

Hon. William Q. Hayes
United States District Court

1

24-cv-1139-WQH-BLM